AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Jerry Harris ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 11 C 5205 |
| African Methodist Episcopal Church ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' moton to dismiss is granted. Plaintiff to take nothing.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Joan B. Gottschall on a motion for dismissal.

Date: 05/09/2012

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/ Rhonda Johnson
*Deputy Clerk*